1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODOLFO RAYGOZA, et al.,                     No.  2:15-cv-1017 KJM AC

12              Plaintiffs,

13         v.                                       ORDER

14    GPR LOGISTICS, INC., et al.,

15              Defendants.

16

17         The court has reviewed the Declaration of plaintiff's counsel, ECF No. 16, regarding this

18    court's September 24, 2015 Order To Show Cause, ECF No. 15.  For good cause shown in the

19    Declaration, IT IS HEREBY ORDERED that:

20         1.  The Order To Show Cause (ECF No. 15) is hereby DISCHARGED in its entirety;

21         2.  The Clerk of the Court shall file plaintiff's Notice of Voluntary Dismissal (ECF

22    No. 16-1), as a separate document on the docket; and

23         3.  Plaintiff having voluntarily dismissed this case pursuant to Fed. R. Civ. P. 41(a), the

24    Clerk shall close this case.

25    DATED: September 29, 2015

26    _____

ALLISON CLAIRE

27    UNITED STATES MAGISTRATE JUDGE

28